# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

JENNY RYDER, Individually and as successor in interest to ANGELINE KOSTMAN, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

v.

MERCHANTS CREDIT GUIDE COMPANY and COLONY BRANDS INC.,

        Defendant.

Case No. 19-CV-1807

## NOTICE OF SETTLEMENT

Plaintiff and Defendant Colony Brands Inc., by their respective counsel, hereby provide notice to the court that a settlement between the Plaintiff and the Defendant has been reached. The Parties anticipate that they will prepare settlement documents and file a Stipulation of Dismissal within the next 30 to 45 days.

Dated this 17th day of February, 2020.

*s/ Mark Eldridge*
Mark A. Eldridge
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110-1462
Telephone: (414) 482-8001
Email: meldridge@ademilaw.com

*Attorneys for Plaintiffs*

Dated this 17th day of February, 2020.

*s/ John R. Remington*
John R. Remington
Quarles & Brady LLP
411 E. Wisconsin Avenue, Suite 2350
Milwaukee, Wisconsin 53202-4426
Telephone: (414) 277-5671
Email: john.remington@quarles.com

*Attorneys for Defendant Colony Brands, Inc.*