# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JENNY RYDER, *individually and as successor in interest to* ANGELINE KOSTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERCHANTS' CREDIT GUIDE COMPANY, and COLONY BRANDS INC.,<br><br>    Defendants. | Case No. 19-CV-1807-JPS<br><br><br>**ORDER** |

On April 9, 2020, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #8). As Defendants have not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #8) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that Plaintiff's motions regarding class certification (Docket #3) be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 8th day of June, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge